IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KENNETHY HORN,**

    Plaintiff,

v.                                              No. 15-cv-0329 SMV/CG

**MESA WELL SERVICING, L.P.,**

    Defendant.

**ORDER SETTING MOTIONS HEARING**

| | |
|---|---|
| **Location:** | Organ Courtroom<br>United States Courthouse<br>100 N. Church Street<br>Las Cruces, New Mexico |
| **Date and time**: | Wednesday, May 25, 2016, at 9:00 a.m. |
| **Matters to be heard**: | Defendant's Motion to Dismiss [Doc. 46]<br>Defendant's Motion for Summary Judgment [Doc. 50] |

**IT IS ORDERED** that an in-person hearing on is set on Defendant's Motion to Dismiss [Doc. 46] and Defendant's Motion for Summary Judgment [Doc. 50]. The hearing is set for Wednesday, May 25, 2016, at 9:00 a.m. in the Organ Courtroom in the United States Courthouse at 100 N. Church Street Las Cruces, New Mexico.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**