## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

KENNETHY HORN,

           Plaintiff,

vs.                                              CIVIL NO. 2: 15-CV-329 SMV/CG

MESA WELL SERVICING, LP,

           Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO DEFENDANT'S MOTION TO DISMISS

On this day came to be heard Plaintiff's Unopposed Motion for Extension of Time to File Reply Brief to Defendant's Motion to Dismiss.  It is hereby ordered that Plaintiff's Motion (Doc. 72) be GRANTED and the Plaintiff's Response to Defendant's Motion to Dismiss (Doc. 56) is deemed filed as timely.

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

**SUBMITTED BY:**

DAUPHINOT LAW FIRM

By: /s/ Wes Dauphinot
      Wes Dauphinot
      900 West Abram
      Arlington, TX  76013
      Texas Bar No.  00793584
      (817) 462-0676
      (817) 704-4788 fax

*and*

KOBTY LAW FIRM, PLLC

        Hani F. Kobty
        900 West Abram
        Arlington, TX  76013
        Texas Bar No.  24087855
        (817) 462-0676
        (817) 704-4788 fax

*Attorneys for Plaintiff Kennethy Horn*


**APPROVED AS TO FORM ONLY BY:**

HINKLE SHANOR LLP

By:  /s/ Chelsea Green
        Richard E. Olson
        Chelsea R. Green
        P.O. Box 10
        Roswell, NM 88202-0010
        (575) 622-6510
        (575) 623-9332
        rolson@hinklelawfirm.com
        cgreen@hinklelawfirm.com

*and*

CARSON RYAN LLC
        Joel M. Carson III
        P.O. Box 1`612
        Roswell, NM  88202
        joel@carsonryan.com

*Attorneys for Defendant Mesa Well Servicing*