# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KENNETHY HORN,
        Plaintiff,

vs.                                CIVIL NO. 2: 15 –CV-329 SMV/CG

MESA WELL SERVICING, LP,
        Defendant.

## **ORDER**

      Before the Court is Defense Counsel's Affidavit of reasonable and necessary attorney fees incurred in briefing and participating in a hearing concerning Plaintiff's Motion to Quash the deposition he gave in a case styled *Kennethy Horn v. Bull Rogers, Inc. and Bull Rogers Laydown, Inc., No. CIV-13-00177 KJG/GBW, United States District Court, State of New Mexico.* Defense Counsel's Attorney Fee Affidavit before the Court represents that $3,865.00 is a reasonable attorney fee and that an additional $263.30 should be taxed against Plaintiff's Counsel as a gross receipts tax.

      Rather than rule on the reasonableness of this fee, the Court notes that Plaintiff's Counsel and Defense Counsel have stipulated that $3,000.00 is an acceptable sanction for Plaintiff Counsel's discovery abuse in filing the Motion to Quash.  Accordingly, the Court orders that Plaintiff's Counsel, Wes Dauphinot, personally pay $3,000.00 to MESA WELL SERVICING, LP, within ten days of the Court's signing of this order.  The check for $3,000.00 shall be mailed to Defense Counsel Joel Carson's law office.

      IT IS SO ORDERED.

                                                        _____
                                                        PRESIDING JUDGE

**AGREED:**

DAUPHINOT LAW FIRM

By: _____/s/ Wes Dauphinot_____
     Wes Dauphinot
     900 West Abram Street
     Arlington, Texas 76013
     Texas Bar No. 00793584
     (817) 462-0676
     (817) 704-4788 fax
     wes@dauphinotlawfirm.com

*and*

KOBTY LAW FIRM, P.L.L.C.

By: _____/s/ Hani F. Kobty_____
     Hani F. Kobty
     900 West Abram Street
     Arlington, Texas 76013
     Texas Bar No. 24087855
     (817) 462-0676
     (817) 704-4788 fax
     hani@kobtylawfirm.com

*Attorneys for Plaintiff Kennethy Horn*

**AGREED:**

HINKLE SHANOR L.L.P.

By: _____/s/ Richard Olson_____
     Richard E. Olson
     Chelsea R. Green
     P.O. Box 10
     Roswell, New Mexico 88202-0010
     (575) 622-6510
     (575) 623-9332 fax
     rolson@hinklelawfirm.com
     cgreen@hinklelawfirm.com

*and*

CARSON RYAN L.L.C.

By: ___/s/ Joel Carson_____
      Joel M. Carson, III
      P.O. Box 1612
      Roswell, New Mexico  88201
      joel@carsonryan.com

*Attorneys for Defendant Mesa Well Servicing*