IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNETHY HORN,

    Plaintiff,

v.                                                            No. 15-CV-00329 SMV/CG

MESA WELL SERVICING, LP,

    Defendant,

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Stipulation of Dismissal filed by Plaintiff and Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1); and the Court, being fully advised in the premises, finds that a dismissal with prejudice should be entered as prayed for.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter be, and the same hereby is, dismissed with prejudice, each party to bear their own costs and attorneys' fees.

_____
The Honorable Stephan M. Vidmar
United States Magistrate Judge

Approved as to form:

| | |
|---|---|
| CARSON RYAN LLC | LILLY AND O'CONNELL, P.A. |
| By: /s/ Joel M. Carson III<br>Joel M. Carson III<br>P.O. Box 1612<br>Roswell, New Mexico 88202<br>Telephone: (575) 291-7606<br>E-mail: joel@carsonryan.com | By: /s/ Jerome O'Connell<br>Jerome O'Connell<br>1020 S. Main<br>Las Cruces, New Mexico 88005<br>Telephone: (575) 524-7809 |
| HINKLE SHANOR LP<br>Richard E. Olson<br>Chelsea R. Green<br>P.O. Box 10<br>Roswell, New Mexico 88202-0010<br>Telephone: (575) 622-6510<br>Email: rolson@hinklelawfirm.com<br>cgreen@hinklelawfirm.com | DAUPHINOT LAW FIRM<br>KOBTY LAW FIRM, PLLC<br>Wes Dauphinot<br>Hani F. Kobty<br>900 West Abram<br>Arlington, Texas 76013<br>(817) 462-0676<br>Email: wes@dauphinotlawfirm.com<br>hani@kobtylawfirm.com |
| *Attorneys for Mesa Well Servicing LP* | *Attorneys for Plaintiff* |